**FILED**
**IN THE OFFICE OF THE**
**CLERK OF SUPREME COURT**
**JULY 7, 2022**
**STATE OF NORTH DAKOTA**

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2022 ND 133

In the Interest of T.E.

Adam Miller, PsyD,                                    Petitioner and Appellee

   v.

T.E.,                                    Respondent and Appellant

### No. 20220171

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Stephannie N. Stiel, Judge.

AFFIRMED.

Per Curiam.

Jason Van Horn, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of T.E.**
No. 20220171

**Per Curiam.**

[¶1] T.E. appeals from an order for hospitalization and an order for involuntary treatment with prescribed medication. T.E. argues the district court erred in finding he is mentally ill and a person requiring treatment. He also argues the court erred in granting the request for involuntary treatment with medication. We conclude the court's findings are not clearly erroneous. *See In re S.R.B.*, 2013 ND 109, ¶ 7, 832 N.W.2d 42 (the more probing clearly erroneous standard of review applies to factual findings made by the district court in appeals from an order for hospitalization and treatment). We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte